THE PEOPLE OF THE STATE OF NEW YORK, Respondent *v.* WILLIAM RUTKOWSKI, Appellant.

Argued May 25, 1949; decided July 19, 1949.

*Wilbur J. Turner* for appellant.

*Gordon Steele, District Attorney* (*Leonard Finkelstein* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.